# Exhibit "A"

Outlook

## RE: First platoon

**From** David L. Lash <DLash@nycrpd.org>

**Date** Wed 9/17/2025 6:17 AM

**To** James E. Kulak <JKulak@nycrpd.org>; Brian Schantz <BSchantz@nycrpd.org>; Adam Eisenhart <AEisenhart@nycrpd.org>; Stephen McClure <SMcClure@nycrpd.org>; Tyler Zeller <TZeller@nycrpd.org>; William I. Nailor <WNailor@nycrpd.org>; Erika L. Eiker <EEiker@nycrpd.org>; Stephen E. Lebo <SLebo@nycrpd.org>; Andrew Miller <AMiller@nycrpd.org>; Noah S. Potteiger <NPotteiger@nycrpd.org>; Matthew T. Cicale <MCicale@nycrpd.org>; Robert H. Ryman <RRyman@nycrpd.org>

**Cc** Jeremy J. Neidigh <JNeidigh@nycrpd.org>; Gregg A. Anderson <GAnderson@nycrpd.org>; John C. Migatulski <JMigatulski@nycrpd.org>; Cody M. Becker <CBecker@nycrpd.org>; Mark E. Baker <MBaker@nycrpd.org>; Jack C. Asper <JAsper@nycrpd.org>; Zachary Grey <ZGrey@nycrpd.org>; Isaiah D. Emenheiser <IEmenheiser@nycrpd.org>; Jonathan A. Bailey <JBailey@nycrpd.org>

Duff also works at St. Rose of Lima School. Extra checks should be made there as well.

Dave

David L. Lash
Chief of Police
Northern York County Regional Police
One Regional Way
York, PA 17404

Dlash@nycrpd.org
717.292.0542 (office)



-------- Original message --------
From: "James E. Kulak" <JKulak@nycrpd.org>
Date: 9/17/25 05:40 (GMT-05:00)
To: Brian Schantz <BSchantz@nycrpd.org>, Adam Eisenhart <AEisenhart@nycrpd.org>, Stephen McClure <SMcClure@nycrpd.org>, Tyler Zeller <TZeller@nycrpd.org>, "William I. Nailor" <WNailor@nycrpd.org>, "Erika L. Eiker" <EEiker@nycrpd.org>, "Stephen E. Lebo" <SLebo@nycrpd.org>, Andrew Miller <AMiller@nycrpd.org>, "Noah S. Potteiger"

<NPotteiger@nycrpd.org>, "Matthew T. Cicale" <MCicale@nycrpd.org>, "Robert H. Ryman" <RRyman@nycrpd.org>
Cc: "David L. Lash" <DLash@nycrpd.org>, "Jeremy J. Neidigh" <JNeidigh@nycrpd.org>, "Gregg A. Anderson" <GAnderson@nycrpd.org>, "John C. Migatulski" <JMigatulski@nycrpd.org>, "Cody M. Becker" <CBecker@nycrpd.org>, "Mark E. Baker" <MBaker@nycrpd.org>, "Jack C. Asper" <JAsper@nycrpd.org>, Zachary Grey <ZGrey@nycrpd.org>, "Isaiah D. Emenheiser" <IEmenheiser@nycrpd.org>, "Jonathan A. Bailey" <JBailey@nycrpd.org>
Subject: First platoon

Elizabeth Zumbra-1879 Haar Road, North Codorus Township, noted a truck parked on the road along side their property. Zumbra arrived home and checked her outside cameras to find Matthew Ruth (24 yoa and Zumbra's daughter's ex boyfriend) in the yard looking at the residence with binoculars. Ruth was dressed in full camouflage and carrying an AR rifle on his back. Ruth was not seen in person and it was unknown where he went after being recorded. The cameras were new and placed after the relationship ended. Officer Gartrell arrived within a few minutes of the call. The truck was still parked on the side of the road. The window was down and no one was inside. A perimeter was set up by Cpl Schantz and Officer Budner, Hackart and Gartrell. Zumbra and her family left the residence to stay with family. York County Sheriff's Office responded with a dog and drone. The area was searched without success. The vehicle was towed to the station for a warrant. Backpacks and clothing were visible inside. Ruth's phone pinged to his residence in Penn Township. Penn Township Police responded and made contact with Ruth's parents, who advised he was not at home. Officer Gartrell completing charges for a warrant for stalking, prowling and trespass. Zumbra's daughter, Julia reported someone (Ruth) had set her vehicle tires on fire in the middle of August right after she and Ruth broke up. Ruth is known to have mental health issues and can be violent. Ruth works at United Rentals-4 Interchange Place-Manchester Township. Ruth' s parents called to advised he may be there sleeping in a vehicle. The business was checked. Ruth was not located. Additional attempts are being made to locate him.

Officer Pantella located Barry Gohn sleeping in his vehicle in the 2600 block of Carlisle Road. During the investigation, Officer Pantella discovered a small vial of heroin and unknown white pills. Gohn was processed and released on the drug charges.

Kaitlin Duff- 108 Honey Locust Circle, Dover Township reported she received multiple text messages from her ex, Paul Witman after he was released from his arrest last night on firearm's charges. Duff reported an incident during the day and again at 2354 hrs. In both incidents, Duff stated she received text messages through an anonymous app stating I will come to your house and similar statements. Officer Chetaitis contacted Witman by phone. Witman claimed he has not made any contact with Duff since yesterday and has not had anyone contact her on his behalf. Due to ongoing issues, officers should make additional patrols in the area.