# Exhibit "B"

| | NORTHERN YORK COUNTY REGIONAL POLICE DEPARTMENT |
| --- | --- |
| | **General Order 1.8.1** |

| | |
| --- | --- |
| Subject: Procedures to Follow Relating to Code of Conduct and Departmental Appearance | |
| Date of issue: 08.30.2021 | Effective Date: 08.30.2021 |
| Revisions: 07.10.2025, 02.10.2026 | Expires: Until Amended or Revoked |
| Review Date: Annual Review | Rescinds: N/A |
| PLEAC Standard(s): 1.8.1, 2.1.4 | Testing: |

This order consists of the following sections:

## I. Purpose

To provide the officers of the Northern York County Regional Police Department with a clear understanding of the agency guidelines specifying the expectations for conduct, appearance and behavior both on and off duty.

## II. Policy

All agency members shall comply with the requirements specified within this general order.

## III. Code of Conduct

A. The Northern York County Regional Police Department follows a Code of Conduct in which all employees maintain a high standard of personal integrity and ethical conduct in their relationship with other employees and community members.

B. The Northern York County Regional Police Department has adopted the Canon of Ethics (General Order 1.1.2) also known as the Law Enforcement Code of Ethics used by police agencies nationwide and issued by the International Association of Police Chiefs. All sworn personnel shall not only abide to the rules, regulations, polices, procedures, general orders and "Standards of Conduct" of this department, but shall also adhere to this prescribed "Code of Ethics" and the level of ethical behavior described within. Violation of the code may result in discipline. (PLEAC 1.8.1).

C. The department recognizes that our primary responsibility is to the communities which were serve. As stated in the Police Mission (General Order 1.1.3) Accountability is a core value. We believe that police officers conduct both on and off duty must be accountable and held to stringent standards. The rules, orders and regulations contained in the Departmental Code of Conduct are designed to serve as a professional standard governing the employees conduct. (PLEAC 1.8.1)

## IV. Personal Appearance of Uniformed Members

A. It is the policy of the Northern York County Regional Police that all members must present a neutral, uniform and well-groomed professional image to the public. Additionally, certain regulations are necessary to promote the personal safety of members of the agency. For these reasons, supervisors will ensure compliance with the requirements set forth in the following policy. (PLEAC 2.1.4)

B. This policy shall apply to all NYCRPD members wearing the police uniform, including those members who wear a modified uniform (Administrative Officers, Court Liaison Officer, Evidence Control Officer, Accident Reconstruction Officer, Range Instructor or Criminal Investigator). Officers assigned to field operations shall wear only uniforms and equipment that has been issued or approved by the department. (PLEAC 2.1.4)

C. Personal Appearance of Officers in Uniform (PLEAC 2.1.4)

1. On duty uniformed officers will be well-groomed and meet the following standards:

a) Hair will be neatly trimmed, shaped and arranged and the bulk or length of hair shall not interfere with the external design of the uniform cap or other authorized headgear. Forehead hair (bangs), ponytails, braids, etc., will not protrude from under the headband of the uniform cap or other authorized headgear. Hair shall be secured to the head in such a manner as to prevent it from hanging or swinging freely. The uniform cap will fit firmly and

comfortably around the largest part of the head. A male officers hair shall be above the collar and shall not extend over the ears.

b) A male officer's neck hair will not extend below the top edge of the uniform shirt collar nor cover any part of the ear. A female officer's neck hair will not extend below the bottom edge of the uniform shirt collar.

c) Sideburns or hair worn in front of the ears will be neatly trimmed; not extend below the lowest part of the ear; not be flared; be of even width; and end with a horizontal line.

d) Hair will not be adorned with any type of ornamentation nor be styled, sculpted or carved in radical fashions such as mohawk, punk, new wave, etc.

e) Hair color will be limited to colors that are natural to the human species or conservative artificial variations.

f) Hairpins, barrettes, hair-clips, or hair-bands should be black, dark blue, or should closely match the natural hair color so as not to be conspicuous.

g) Decorative hat pins, exposed clips and any other type of ornamentation is prohibited.

h) An officer's face will be clean-shaven. Mustaches are permissible and will be neatly trimmed; not be excessively bushy, rolled or curled. A mustache will not extend below the upper lip or beyond the outer points of the mouth.

i) A wig or hairpiece will conform to the same standards as stipulated for natural hair.

j) Members are permitted to use natural shades of make-up in moderate amounts. Brightly-colored or black lipstick is prohibited. Male officers are restricted from wearing make-up.

## D. Wearing of Jewelry while in uniform

1. Officers in uniform may wear a wristwatch and/or medical identification bracelet.

2. Engagement and/or wedding rings may be worn however, no more than a total of two (2) rings may be worn while in uniform.

a) All rings must be worn between the hand and the first finger joint.

b) No rings shall be worn on the thumb or forefinger of either hand.

c) No "multiple-finger" rings shall be worn.

3. Male officers are not permitted to wear any earring whatsoever. Female officers may wear earrings; however, they will be the non-pierced type. At no time will female officers wear earrings that extend beyond or hang from the ear lobe.

4. Officers shall not wear any neck jewelry similar to chokers or dog collars. Bracelets, brooches, or any other item of adornment not prescribed to be worn as part of the official police uniform shall not be worn.

5. Officers shall be permitted to wear a necklace representative of their faith. It shall not be visible while in uniform. Officers shall also be permitted to wear a medical ID necklace, which is intended to alert medical personnel of an existing medical condition.

6. The Department is not responsible for replacement or repair of wrist watches, rings and/or other personal items that may be worn while on duty.

## E. Body Art and Modifications

1. No body art/modification or body piercing jewelry shall be visible while in police uniform. This prohibition includes jewelry worn through a pierced ear, tongue, nose or eyebrows. Any dental ornamentation that is visible is also prohibited.

2. Visual sub-dermal or transdermal implants are prohibited, except for medical reasons. Visible branding or intentional scarring or mutilation must adhere to the tattoo policy outlined below.

a) No tattoo shall show protruding from the uniform from the base of the neck to the top of the head and from the base of the fingertips to the sleeve on the summer uniform shirt. Tattoo cover up sleeves or similar modifications will not be permitted.

## F. Fingernails

1. Fingernails shall be kept clean and neatly trimmed at all times.

2. Fingernails will not extend more than ¼ inch past the tip of the finger.

3. Fingernail polish (if worn) should be clear or a neutral color.

## G. Uniforms and Related Equipment

1. Members of the Department shall, while on duty, maintain a presentable appearance; uniforms shall be buttoned or zipped, as required, hats shall be worn (except in emergencies and/or while in the car). Officers assigned to field operations shall wear only uniforms and equipment that has been issued or approved by the Department.

2. Uniforms shall be clean and pressed; shoes shall be shined, and all equipment shall be in presentable condition.

3. Dark glasses shall not be worn inside. Sunglasses shall not be worn on top of the head or in any way other than the intended manner. Photo-chromatic glasses are permitted; however, sunglasses are not permitted for indoor use.

4. Uniforms shall be complete; no partial equipment or uniforms are permitted. When in uniform and engaged in field operations, a ballistic vest shall be worn at all times (PLEAC 2.1.3). When the Summer uniform is authorized, the T-Shirt shall be visible and of a crew neck cut. T-shirts shall be black in color when the Summer uniform is worn.

5. Shields are to be worn on the outermost garment at all times while in uniform. Embroidered badges on the uniform coats are authorized. While not in uniform, and during the course of an arrest, the shield should be displayed on the outermost garment, clearly identifying the member as a police officer. Members shall carry their identification cards at all times. Non uniformed, sworn personnel, who are engaged in field operations, shall wear a ballistic vest and have a badge visible.

6. The official Northern York County Regional Police patch shall be worn on the shoulders of all uniform shirts, sweaters, raincoats, jackets and winter coats. Any unauthorized wear or display of the official Department patch is prohibited.

7. The Uniform of the Day shall be as follows:

a) Winter:

Black Service Cap with Hat Badge
Black Service Fur Cap with Hat Badge
Black Fleece Cap with NYCRPD Embroidery
Long Sleeved Shirt with Tie and Tie Tac
Long Sleeved Uniform Shirt with Embroidered NYCRPD
Mock Turtleneck or Dickey
Uniform Trouser with Brown Stripe
Standard Leather / Foot Gear
Winter Jacket (as appropriate)
Black ¼ zip Pullover (as appropriate)
Black Socks

b) Summer:

Light Weight Service Jacket (as appropriate)
Black ¼ zip Pullover (as appropriate)
Black Service Cap with Hat Badge
Short-sleeved Shirt
Uniform Trouser with Brown Stripe
Standard leather/foot gear
Solid Black Crew Neck T-Shirt
Black Socks

c) Dress (Officers):

Service Cap with Hat Badge
Long-sleeved shirt with Tie and Tie Tac
Uniform Trouser with Brown Stripe
Standard Leather Low-Cut Footwear
Service Awards
Light-Weight Jacket (as appropriate)
Black Socks

Dress (Supervisors):

Service Cap with Hat Badge
Dress blouse
Long-sleeved shirt with Tie and Tie Tac
Uniform Trouser with Brown Stripe
Standard Leather Low-Cut Footwear
Service Awards
Black Socks

If leather gear is specified to be worn with the dress blouse, the duty belt shall be limited to holster with duty weapon, and handcuff case and cuffs. This shall be worn opposite the duty weapon.

8. Training or Other Dress Requirements

a) Business:

Suit
Sports Coat, Shirt and Tie
Dress Trousers
Dress footwear
Appropriate female business attire
Dress Socks

b) Business Casual:

Dress Shirt, Without Tie
Dress Slacks (No Jeans)
Dress or Casual Footwear
(No Athletic Shoes or Boots)

c) Casual

Jeans Permitted (No Shorts)
Athletic shoes permitted

(Officers are prohibited from wearing any western wear bolo-type ties or cowboy hats).

## H. Issue and Wear of Uniform Items and Accessories

1. The shirt shall be khaki in color, tailored on a form-fitting line, with military creases. There are to be two breast pockets, permanent collar stays, badge tabs and a lined yoke. The left pocket is to contain a pen compartment. Shirts will be both long and short sleeved. The display of badges, patches, medals of recognition, chevrons, rank insignia, nameplate, whistle, and pens will be as follows:

BADGE: The badge shall be worn over the left breast pocket, pinned through the badge tabs and lined yoke.

PATCHES: The Northern York County Regional Police patch shall be worn on both sleeves of the uniform shirts, sweaters, coats, and jackets, 3/4" below the seam and centered on the sleeves.

MEDAL OF RECOGNITION: Medals of Recognition shall be worn on the left breast pocket, by sworn members below the rank of corporal, when wearing the Dress Uniform. They shall be displayed in the prescribed order of precedence (See Attachment 1.8.1) centered over the pocket button with the top edge of the medals aligned with the top of the pocket flap.

CERTIFICATION BADGES: Certification badges are badges which are awarded for successful completion of specialty training courses and subsequent assignment to specialized units. Examples include the York County Quick Response Team (QRT) and the Negotiations Response Team (NRT). Certification badges shall be worn 1/4 inch above the nameplate and centered on the military crease.

CHEVRONS: Chevrons indicating the rank of Sergeant and Corporal shall be worn 1/4" below the Northern York County Regional Police patch and centered on the sleeve on all shirts, jackets, and coats.

HONOR GUARD BADGE: Officers who are members of the Department's Honor Guard are awarded this insignia. This badge shall be worn on the right pocket of the Dress Blouse. It shall be centered between the flap button and the bottom edge of the pocket, centered on the military crease. Once awarded, these badges may be worn even after the officer's assignment to the specialized unit has ended.

RANK INSIGNIA (COLLAR): Officers rank insignia shall be worn on the collar with the outer edge of the insignia bordering the stitching on the collar.

NAMEPLATE: The nameplate shall be worn over the right breast pocket with the bottom edge of the nameplate touching the top edge of the pocket flap and centered over the button. Sergeants and above shall wear a gold in color nameplate. Corporals and below shall wear a silver in color nameplate.

WHISTLES: The whistle, when worn, shall be chrome in color (officer) or gold (supervisor) with a matching lanyard. It shall be attached to the bottom on the right epaulet with the whistle inside the right breast pocket.

PENS : Pens shall be displayed (carried) in the left breast pocket in the pen compartment. No more than two pens shall be carried in the

compartment. Pens may be black, gold or silver in color. Brightly colored pens shall not be carried in the uniform pocket.

REGIONAL POLICE TIE TAC: The tie tac shall be worn centered on the tie with the tac being an inch below the bottom edge of the pocket flaps.

2. Issue and Optional Uniform Items

a) The trouser shall be black, using a modified uniform pattern. It shall have a contrasting stripe, matching the color of the shirt. Officers, Corporals and Sergeants shall have a 3/4" stripe and the Lieutenants and Chief a 1" stripe, with a gold stripe centered within. The length of the trouser shall be such that they meet the top of the rubber heel of the shoe where the leather begins.

b) The tie is to be the traditional four-in-hand, redi-tied, the same color as the trouser with "Regional" printed on the lower left corner.

c) The winter jacket will be black with epaulets, badge patch, side zippers, two-way front zipper. The summer jacket will be the same with a reversible ANSI/ISEA 207-2006 compliant interior.

d) The raincoat is to be black with reversible reflective lining, made of 100% nylon. Both sides are to have badge tabs and access openings for pockets and/or weapons.

e) Each sworn officer shall be issued a break-away, ANSI/ISEA 207-2006 compliant vest. The vest shall be worn in those situations specified by departmental general orders.

f) Only approved items of uniform or equipment shall be worn. The Chief of Police or his designee have the final decision concerning uniform determinations.

g) Medals of Recognition and Their Order of Precedence

Medals of recognition shall be worn as previously described. They are to be displayed in the order of precedence stated below. Medals of a higher precedence shall be worn above and to the officer's right of medals having a lower precedence. The Order of Precedence is as follows:

Medal of Valor
Award of Merit
Commissioners' or Chief's Commendation

Award for Injury in the Line of Duty
Life Saving Award
Officer of the Year Award
Award for completion of FBI NA/NU SPSC/SPI AOC
PLEAC Accreditation Award
Years of Service Award
Safe Driving Award
Good Conduct Award
Advanced Certification Award
Honor Guard Award
Field Training Officer Award
Explorer Advisor Award
School Resource Officer Award
Perfect Attendance Award

h) Members wishing to wear a sweater as part of their uniform may do so under the following guidelines. The sweater must be black (V-neck) with epaulets, badge tabs, and a lined yoke for display of the Departmental Badge. The NYCRPD shoulder patch will be worn on both sleeves in accordance with existing guidelines.

i) Service Cap

A military type, peaked cap may be worn on a year-round basis in lieu of the fur pile cap. The style shall be a Modified Pershing design with these modifications:

(1) Chief - The crown shall be black in color, same as the uniform trouser; the visor strap will be a gilt-gold color; the visor will be black with gilt-gold oak leaf clusters.

(2) Lieutenants- The crown is to be the same as above with the visor strap gilt-gold in color.

(3) Sergeants- Same as the Lieutenants.

(4) Corporals- The visor strap shall be silver in color.

(5) Officers- The crown to be the same as above, visor strap and visor shall be black.

3. All uniforms and/or equipment issued are to be returned or otherwise accounted for whenever an officer leaves the employment of the Department. All items not returned or satisfactorily accounted for will be charged to the leaving employee at the replacement value.

## I. Service Weapon

1. The issued weapon shall be a .40 caliber GLOCK, Model 22. Three magazines with a 15 round capacity will be provided. Each magazine shall be loaded with 15 rounds of issued ammunition. One round will also be chambered at all times while on duty. The gun will be carried in the Tactical Condition (PLEAC 1.3.8 a).

2. The issued ammunition shall be .40 caliber by manufacturers determined by the Department (PLEAC 1.3.8 b).

3. Leather gear (basket-weave type) shall be issued and consist of a belt, holster, magazine pouches, handcuff case, baton holder, mace holder, radio holder, school card holder, bola wrap holder, and belt keepers. The duty belt shall be the Border Patrol version as is presently issued. The magazine pouch shall be worn in the vertical position. It shall be the responsibility of each officer to maintain his/her issued gear in a presentable condition at all times.

## J. Exemptions

1. Any exemption to the above stated policy shall only be permitted after written permission is received from the Chief of Police.

## V. Effective August 30, 2021

**By Order of**

**David L. Lash**
**Chief of Police**