# Exhibit "C"

| | |
|---|---|
| | NORTHERN YORK COUNTY REGIONAL POLICE DEPARTMENT<br>**General Order 1.8.5** |

| | |
|---|---|
| Subject: Violation of General Orders, Rules, Regulations or Directives | |
| Date of Issue: 02.21.2022 | Effective Date: 02.21.2022 |
| Revisions: | Expires: Until Amended or Revoked |
| Review Date: Annual Review | Rescinds: Police Guide Chapter 3 |
| PLEAC Standard(s): 2.3.0 | Testing: |

This order consists of the following sections:

## I. Purpose

To provide the officers of the Northern York County Regional Police Department with a clear understanding of the agency rules, regulations, general orders and directives.

## II. Policy

All agency members shall comply with the requirements specified within this general order.

## III. Rules and Regulations

### 1.8.5.1 Violation of rules

Officers shall not commit any acts or omit any acts which constitute a violation of any rule, regulation, general order, guideline, directive, memorandum, or order of the Department whether stated in this general order or elsewhere.

### 1.8.5.2 Reporting violation of rules

It shall be the duty of all members of the Department to report to the Chief any violation of this General Order, and/or other Department rule, memo, general

order, and regulation, committed by any member of this Department which may come to their attention.

**1.8.5.3 Unbecoming conduct**

Officers shall always conduct themselves, both on and off duty in such a manner as to reflect most favorably on the Department. Conduct unbecoming an officer shall include that which brings the Department into disrepute or reflects discredit upon the officer as a member of the Department or that which impairs the operation or efficiency of the Department or officer. It is not possible, nor should it be necessary to enumerate all conduct which would be unbecoming a member of the Department, but the following list may serve as some examples of unacceptable behavior:

- Violations of the law.
- Willful, or malicious violations of any person's rights under the U.S. Constitution or the laws of the Commonwealth of Pennsylvania.
- Abuse of a position of authority.
- Discriminatory administration and/or application of laws by reason of acquaintanceship or because of race, creed, color, ethnic origin, or sex.
- Being unfit to carry out responsibilities, except when sick or injured.
- Profane language in public.
- Absenteeism - excessive.
- Misappropriation of Department property.
- Removal of Department records without authorization.
- Horseplay with firearms.

**1.8.5.4 Public statements and appearances**

In carrying out the functions of the Department, a member shall direct and coordinate his efforts in such a manner as will tend to establish and maintain the highest standard of efficiency; in addition, a member is required to discharge his duties in a calm, professional manner. Members are required to assist and protect the other members of the department in the performance of their duties and shall not publicly criticize other members of the department; nor shall they demean,

ridicule or otherwise publicly criticize any of the orders or instructions issued by the supervisors or department memoranda; and when in the presence of persons from outside the department, employees shall address fellow employees by their rank or their title.

A member of the Department shall not address any public gathering, appear on radio or television or write articles or manuscripts for publication where he is identified as a member of this Department, unless authorized by the Chief nor shall a member of this Department purport to express the official policies of the Department or the Board of Commissioners without the permission of the Chief.

**1.8.5.5 Reporting for duty**

Officers of the Department shall be punctual in reporting for duty and shall not be tardy or absent from duty (or from an assignment) without proper leave or authority. They shall be properly equipped and cognizant of information required for proper performance of duty so that they may immediately assume their duties. Subpoenas shall constitute an order to report for duty under this section. Members absent, without proper excusal, for more than four (4) days shall be deemed to have resigned without permission.

**1.8.5.6 Associations**

An officer of the Department, except in the discharge of official duty, shall not knowingly associate with, or have dealings with, any person or organization, advocating, or instrumental in, fostering hatred, prejudice, or oppression against any racial, religious, or ethnic group; and shall not affiliate with, or become a member of any organization if such organization or membership would, in any way, interfere with, or prevent him from the proper performance of his duties.

Officers shall avoid regular or continuous associations or dealings with persons whom they know or should know, are persons under investigation or indictment, or who have a reputation in the community or the Department for present involvement in felonious or criminal behavior except as necessary to the performance of official duties, or where unavoidable because of other personal relationships of the officer.

Reference General Order 1.8.3 Biased Based Policing

**1.8.5.7 Impaired behavior**

A member of the Department is always a police officer while in this jurisdiction, therefore, members shall be physically and mentally fit to perform duty when

called to do so. Members observing other members who appear to be unfit to perform duty, or who appear to be acting irrationally, whether on or off duty, shall report this situation to their supervisor or officer in charge, who shall report this information to the Chief. The Chief may direct the member who appears unfit or acting irrationally, etc., to undergo medical, physical or psychological examinations. While in this jurisdiction, members observing the necessity for police action shall take such action whether on or off duty.

**1.8.5.8 Gifts, gratuities, bribes or rewards**

A member of the Department shall not directly, or indirectly, accept or solicit, directly or indirectly, any award, gratuity, bribe, reward or gift for police services (or to refrain from taking such action) either for himself or another. No contributions or subscriptions shall be made by a member of the Department to buy a present for another member of the Department, and they shall not collect or receive any monies, property or other things of value from persons for any such purpose, neither shall they circulate subscription papers, sell tickets or collect money from any person for any purpose, without permission of the Chief.

Reference General Order 1.6.1 Procedures to Follow Relating to Fiscal Management and Agency Owned Property.

**1.8.5.9 Alcoholic beverages and drugs in police installations**

No intoxicants or drugs shall be brought into, or kept in any police building, facility or vehicles, except for official business.

**1.8.5.10 Use of tobacco**

A member of the Department, while on duty, shall not smoke cigarettes, cigars, pipes or vaping devices while conducting interviews, in places where it is prohibited, or under like conditions when smoking may be detrimental to good conduct, appearance or procedures.

**1.8.5.11 Reporting municipal litigation**

A member of the Department shall not give expert testimony against the interests of a municipality of the Northern York County Regional Police Department jurisdiction in a litigation to which a jurisdiction is a party, without first informing the Chief.

**1.8.5.12 Endorsements and referrals**

No officer shall promote, recommend or otherwise suggest the services of an undertaker, an attorney, bail bondsman, tow truck or repair service of any kind, while acting in his official capacity. EXCEPTIONS: extreme emergencies and when the suggested service is the only one available; and/or where provided by General Order 2.4.5 Procedures to Follow Concerning Towing Operations and Inventorying of Motor Vehicles.

**1.8.5.13 Telephone**

Members are required to have telephones in their residence or a cellular phone and shall immediately report any changes of telephone numbers including telephone numbers where they can be reached in emergencies.

Reference General Order 1.7.2 Procedures to Follow Relating to Change of Address, Phone Number or Status.

**1.8.5.14 Civil suits**

Members instituting civil suits or claims against a private party as the result of an incident occurring on duty, and members against who a civil suit or claim is initiated by a private party as the result of an incident occurring on duty, shall, without delay, notify the Chief in writing.

**1.8.5.15 Meals**

Officers shall be permitted to suspend patrol or other assigned activity, subject to immediate call at all times, for the purpose of having meals during their tours of duty. Whenever possible, a member on duty shall take a meal period within his/her assigned area. In the event the member wishes to take a meal period at home, outside his/her assigned area, he/she may do so, provided it is on a one-time basis and the location is within a reasonable distance and the member can respond to his/her assigned area within a short period of time. If a member wishes to take lunch breaks at his/her residence outside the assigned area, on a long-standing basis, prior approval shall be obtained from the Chief. A meal period shall not exceed three-quarters (3/4) of an hour (travel time included).

**1.8.5.16 Duty status**

Members shall not participate in any organized sports, recreational or social activity and while doing so, represent themselves as "on-duty" unless such activity was expressly approved by the Chief.

**1.8.5.17 Equipment**

Members of the Department may be assigned department owned vehicles, lockers, desks, cabinets, and cases for the mutual convenience of the department and its personnel. All personnel are advised that the retention of personal items in such containers or facilities is at the risk of the employee and the department will not be responsible for any losses. Such equipment is subject to entry and inspection without notice, even if the employee has placed a personally owned lock on department property.

**1.8.5.18 Immoral conduct**

Officers shall maintain a level of moral conduct in their personal and business affairs which is keeping with the highest standards of the law enforcement profession. Officers shall not participate in any indecent acts involving moral turpitude which impairs their ability to perform as law enforcement officers or causes the Department to be brought into disrepute.

**1.8.5.19 Unsatisfactory performance**

Officers shall maintain sufficient competency to perform their duties and assume the responsibilities of their positions. Officers shall perform their duties in a manner which will maintain the highest standards of efficiency in carrying out the functions and objectives of the Department. Unsatisfactory performance may be demonstrated by the lack of knowledge of the application of laws required to be enforced; an unwillingness, or inability to perform assigned tasks, the failure to conform to work standards established for the officer's rank, grade or position; the failure to take appropriate action on the occasion of a crime disorder, or other condition deserving police attention; or absence without leave. In addition to other indications of unsatisfactory performance, the following will be considered prima facie evidence of unsatisfactory performance: repeated poor evaluations or a written record of repeated infractions of general orders, rules and regulations, directives, orders or memoranda of the Department.

Reference General Order 1.11.01 Procedures to Follow Concerning Performance Evaluations.

**1.8.5.20 Truthfulness**

Upon the order of the Chief of Police, the Chief's designee or a superior officer, officers shall truthfully answer all questions specifically directed and narrowly related to the scope of employment and operations of the Department which may be asked of them.

Reference General Order 2.3.0 Procedures to Follow Relating to Internal Investigations Against Agency Members.

**1.8.5.21 Treatment of persons in custody**

Officers shall not mistreat persons who are in their custody or allow mistreatment by other officers. Officers shall handle such persons in accordance with law and departmental procedures / general orders.

Reference General Order 1.3.0 Procedures to Follow Relating to Use of Force and 1.8.4 Procedures and Reporting Requirements for Duty to Intervene.

**1.8.5.22 Use of force**

Officers shall not use more force in any situation than is reasonably necessary under the circumstances. Officers shall use force in accordance with the law and departmental procedures.

Reference General Order 1.3.0 Procedures to Follow Relating to Use of Force and 1.8.4 Procedures and Reporting Requirements for Duty to Intervene.

**1.8.5.23 Use of weapons**

Officers shall not use or handle weapons in a careless or imprudent manner. Officers shall use weapons in accordance with law and department procedures.

Reference General Orders 1.3.0 Procedures to Follow Relating to Use of Force, Special Order 1.3.8 Types and specifications of all lethal, less lethal weapons and ammunition authorized for use by the Northern York County Regional Police, and 1.3.15 Mission Oriented Weapons Concept.

**1.8.5.24 Arrest, search and seizure**

Officers shall not make any arrest, search or seizure which they know is not in accordance with law and/or departmental procedure.

Reference General Orders 1.2.3 Procedures to Follow Relating to Search and Seizure Without a Warrant and 1.2.4 Physical Arrest Completed with or Without a Warrant.

**1.8.5.25 Carrying firearms**

Officers shall carry firearms in accordance with law and established department procedure.

Reference General Orders 1.3.0 Procedures to Follow Relating to Use of Force and Special Order 1.3.8 Types and specifications of all lethal, less lethal weapons and ammunition authorized for use by the Northern York County Regional Police.

**1.8.5.26 Operating vehicles**

Officers shall operate official vehicles in a careful and prudent manner and shall obey all laws and departmental orders pertaining to such operation. Loss or suspension of any driving license shall be reported to the Department immediately.

Reference General Order 2.1.1 Procedures for Operation of Police Vehicles.

**1.8.5.27 Use of departmental equipment**

Officers shall utilize Departmental equipment only for its intended purpose, in accordance with established departmental procedures or general orders, and shall not abuse, damage or lose Departmental equipment. All Departmental equipment issued to officers shall be maintained in proper order.

**1.8.5.28 Departmental reports**

Officers shall submit all necessary reports on time and in accordance with established departmental procedures and general orders. Reports submitted by officers shall be truthful and complete, and no officer shall knowingly enter or cause to be entered any inaccurate, false or improper information.

Reference General Order 3.4.1 Procedures to Follow for Field Reporting and Records Management.

**1.8.5.29 Insubordination**

Officers shall promptly obey any lawful orders of a superior officer. This will include orders relayed from a superior officer by an officer of the same or lesser rank.

Reference General Orders 1.4.1 Establishment of Command Protocol and Procedures, 1.4.2 Obedience to Lawful Orders from Superior Officers and 1.4.3 Procedures to Follow Relating to Written Directives and General Orders.

**1.8.5.30 Use of alcohol on duty or in uniform**

Officers shall not consume intoxicating beverages while in uniform or on duty except in the performance of duty and while acting under proper and specific orders from a superior officer. Officers shall not appear for duty, or be on duty, while under the influence of intoxicants to any degree whatsoever, or with an odor of intoxicants on their breath.

**1.8.5.31 Sleeping on duty**

Officers shall remain awake while on duty. If unable to do so, they should report to their superior officer, who shall determine the proper course of action.

**1.8.5.32 Fictitious illness or injury reports**

Officers shall not feign illness or injury, falsely report themselves ill or injured, or otherwise deceive or attempt to deceive any official of the Department as to the condition of their health.

**1.8.5.33 Neglect of duty**

Officers shall not read, play games, watch television or movies or otherwise engage in entertainment while on duty, except as may be required in the performance of duty. They shall not engage in any activities or personal business which would cause them to neglect or be inattentive to duty.

**1.8.5.34 Leaving duty post**

Officers shall not leave their assigned duty posts/areas during a tour of duty except when authorized by proper authority.

### 1.8.5.35 Residence/name/personnel data

Officers shall reside in the Commonwealth of Pennsylvania within fifteen (15) air miles of any jurisdictional boundary line serviced by the Department. New officers shall comply within 12 months of their appointment. Change of name or other personnel information such as telephone number, marital status, number of children, military service, language skills, licenses, education or training, etc. are important to the effective administration of the department. Therefore, any change of residency, name and/or personnel data shall be reported immediately on NYCRPD form 1.

Reference General Order 1.7.1 Procedures to Follow Relating to Change of Address, Phone Number or Status.

### 1.8.5.36 Interference

Officers shall not interfere with cases being handled by other officers of the Department or by any other government agency unless:

- Ordered to do so by a superior officer, or
- The intervening officer believes beyond a reasonable doubt that a manifest injustice would result from failure to take immediate action.

Officers shall not undertake any investigation or other official action not part of their regular duties without obtaining permission from their superior officer unless the exigencies of the situation require immediate police action.

Reference General Order 1.8.4 Procedures and Reporting Requirements for Duty to Intervene

### 1.8.5.37 Possession and use of drugs

Officers shall not possess or use any controlled substances, narcotics or hallucinogens except when prescribed in the treatment of officers by a physician, or dentist. When prescribed, officers shall notify the Chief of Police immediately. In accordance with MPOETC Certification requirements, **Officers are prohibited from obtaining Medical Marihuana Cards and/or possessing or using Medical Marihuana.**

Reference General Order 4.9.1 Municipal Police Officers Education and Training Commission Certification Requirements and Supporting MPOETC Certification Documents/Agency Identification Credentials.

**1.8.5.38 Abuse of process**

Officers shall not make false accusations of a criminal or traffic charge.

**1.8.5.39 Financial disclosure**

Upon the order of the Chief or the Chief's designee, officers shall submit financial disclosure statements in accordance with department procedures in connection with a complaint in which this information is material to the investigation.

Reference General Order 2.3.0 Procedures to Follow Relating to Internal Investigations Against Agency Members.

**1.8.5.40 Conformance to laws**

Any officer shall obey all laws of the United States and any state and local jurisdiction in which the officers are present. A conviction of the violation of any law shall be prima facie evidence of a violation of this section. Officers shall report any new charges (including traffic offenses) to the Chief of Police.

**1.8.5.41 Abuse of position**

Use of Official Position or Identification - officers shall not use their official position, official identification cards or badges for personal or financial gain, for obtaining privileges not otherwise available to them except in the performance of duty or for avoiding consequences of illegal acts.

Officers shall not lend to another person their identification cards or badges or permit them to be photographed or reproduced without the approval of the Chief.

Use of Name, Photograph or Title - Officers shall not authorize the use of their names, photographs, or official titles which identify them as officers, in connection with testimonials or advertisements of any commodity or commercial enterprise, without the approval of the Chief.

**1.8.5.42 Identification**

Officers shall carry their badges and identification cards on their persons at all times, except when impractical or dangerous to their safety or to an investigation.

They shall furnish their name and identification number to any person requesting that information, when they are on duty or while holding themselves out as having an official capacity, except when the withholding of such information is necessary for the performance of police duties or is authorized by proper authority.

Reference General Order 4.9.1 Municipal Police Officers Education and Training Commission Certification Requirements and Supporting MPOETC Certification Documents/Agency Identification Credentials.

**1.8.5.43 Courtesy**

Officers shall be courteous to the public. Officers shall be tactful in the performance of their duties, shall control their tempers, and exercise the utmost patience and discretion and shall not engage in argumentative discussions even in the face of extreme provocation. In the performance of their duties, officers shall not use coarse, violent, profane or insolent language or gestures and shall not express any prejudice concerning race, religion, politics, national origin, lifestyle or similar personal characteristics.

**1.8.5.44 Requests for assistance**

When any person applies for assistance, or advice, or makes complaints or reports, either by telephone or in person, all pertinent information will be obtained in an official and courteous manner and will be properly and judiciously acted upon consistent with established departmental procedures.

Reference General Order 3.4.1 Procedures to Follow for Field Reporting and Records Management.

**1.8.5.45 Response to calls**

Officers shall respond to all calls for service in a prompt and professional manner. Calls shall be handled in person unless circumstances prevent an in-person response. Supervisors shall be made aware of calls not handled in person.

Reference General Orders 2.1.1 Procedures for Operation of Police Vehicles and 3.4.1 Procedures to Follow for Field Reporting and Records Management.

**1.8.5.46 Reporting of calls**

All Calls for service and complaints shall be recorded in the records management system by creating the appropriate report (Operations, Incident or Investigative).

In ALL cases, a daily log entry is required by the officer responding to a Complaint.

**1.8.5.47 Dissemination of information**

Officers shall treat the official business of the Department as confidential. Information regarding official business shall be disseminated only to those for whom it is intended, in accordance with established departmental procedures. Officers may remove or copy official records or reports from headquarters only in accordance with established department procedures. Officers shall not divulge the identity of persons giving confidential information except as authorized by proper authority.

**1.8.5.48 Processing property and evidence**

Property or evidence which has been discovered, gathered or received in connection with departmental responsibilities will be processed in accordance with established departmental procedures and general orders. Officers shall not convert to their own use, manufacture, conceal, falsify, destroy, remove, tamper with or withhold any property or evidence in connection with an investigation or other police action, except in accordance with established department procedures.

Reference General Order 3.5.2 Procedures to Follow for Evidence or Property Collection and Preservation.

**1.8.5.49 Political activity**

Given the power vested in police officers, the Department views the officers as individuals, who through exercise of that power, effectively make limited policy decisions in the course of exercising that authority in the field. Control over that individual policy making power, as it may be influenced by individual political views is essential. Reasonable restrictions on the active partisan political conduct of officers are necessary in order to:

1. Preserve loyalty to the administration;
2. Preserve sound, consistent personnel administrative policy generally;
3. Maintain effective discipline;
4. Maintain integrity and efficiency within the Department;
5. Avoid patronage in employment practices;
6. Avoid abuse of police authority for partisan political purposes; and
7. Avoid politically prejudiced administration of our laws.

A. Officers (in an off-duty status) shall be permitted to:

1. Register and vote in any election;
2. Express opinions as individuals privately and publicly on political issues and candidates;
3. Attend political conventions, rallies, fund-raising functions and similar political gatherings;
4. Actively engage in any non-partisan political functions;
5. Sign political petitions as individuals;
6. Place election signs on their personal real estate;
7. Make financial contributions to political organizations;
8. Serve as election judges or clerks or in a similar position to perform non-partisan duties as prescribed by state or local laws;
9. Hold membership in a political party and participate in its functions to the extent consistent with this section;
10. Otherwise participate fully in public affairs except as provided by law, to the extent that such endeavors do not impair the neutral and efficient performance of official duties or create real or apparent conflicts of interest.

B. Officers (on and off duty) are prohibited from the following conduct:

1. Using their official capacity to influence, interfere with or affect the results of an election;
2. Assuming active roles in the management, organization, or financial activities of partisan political clubs, campaigns or parties;
3. Serving as officers of partisan political parties or clubs;
4. Becoming candidates for or campaigning for a partisan elective office;
5. Soliciting votes in support of, or in opposition to, any partisan candidates;
6. Serving as delegates to a political party convention;
7. Endorsing or opposing a partisan candidate for public office in a political advertisement, broadcast, or campaign literature;
8. Initiating or circulating a partisan nominating petition;
9. Organizing, selling tickets to, or actively participating in a fund-raising function for a partisan political party or candidate;
10. Addressing political gatherings in support of, or in opposition to a partisan candidate;
11. Otherwise engaging in prohibited partisan activities;
12. Holding an elective office secured principally through partisan political activity.

C. The regulations listed above are not intended to be inclusive, but merely descriptive and shall be subject to addition, modification and interpretation by

the Administration in keeping with its policy statement in the discretion of the Chief of Police.

D. An officer or officers wishing to pursue the prohibited conduct of Subsection B shall first resign his/her commission and terminate his/her employment with the Department. Failure to do so shall entitle the Chief of Police to immediately terminate the offending officer or officers.

**1.8.5.50 Interviews and statements to outside agencies**

If at any time an officer is contacted by an outside agency and requested to provide a statement or interview in reference to the officers conduct, whether on duty or off duty, the officer will notify the Chief of Police.

Officers will advise the requesting agency to contact the Chief of Police to arrange the proper time and place for the statement or interview to be given.

**1.8.5.51 Communication with board members**

All communications for the Board of Commissioners shall emanate through the Chief of Police; members shall NOT correspond directly to the Board unless directed to do so by the Chief or the Board.

**1.8.5.52 Radio and CAD communications**

Officers shall maintain a constant way of communicating with the 911 Center. When leaving the police car, the dispatcher will be notified, and the officer will have a portable radio at his access. If unable to meet these conditions the supervisor shall be notified.

All radio and CAD messages will be consistent with department guidelines and general orders. No profane language or messages shall be transmitted by the officer.

**1.8.5.53 Enforcement Actions**

All enforcement actions under this general order shall follow the guidelines and procedures established under General Order 2.3.0 Procedures to Follow Relating to Internal Investigations Against Agency Members

IV. Effective February 21, 2022

**By Order of**

**David L. Lash**
**Chief of Police**