# Exhibit "E"

*Pennsylvania Law Enforcement Accreditation Commission*

# Re-Assessment Report

## Northern York County Regional Police Department

## Dover, PA

*Prepared May 5, 2025, by*

**Christian Fishel, Team Leader**

**Kris Kruzelak, Assessor**

**Richard McGarr, Assessor**

**<u>AGENCY INFORMATION</u>:**

Agency Assessed: Northern York County Regional Police Department

Chief of Police: Chief David Lash

Accreditation Manager: Sergeant Christopher Irwin

Agency Address: 1445 East Canal Road, Dover, PA. 17315

Agency Phone and Email: 717-292-3647; Email: dlash@nycrpd.org

Date of the assessment: April 30, 2025

Assessment Type: Reassessment by Power DMS

**<u>ASSESSOR INFORMATION</u>:**

Team Leader Name: Christian Fishel, (ret.)

Department / Phone: State College Police Department, (814) 234-7150

Assessor Name: Kris Kruzelak, Chief of Police

Department / Phone: Sandy Township Police Department, (814) 765-1533

Assessor Name: Richard McGarr, Captain

Department / Phone: Lehigh University Police Department, (610) 758-4200

**AGENCY PROFILE:** The Northern York County Regional Police Department provides 24-hour law enforcement services to the residents and visitors of twelve (12) municipalities in York County. The service area for the police department is 216 square miles with a population base of over 88,000 residents. The Northern York County Regional Police Department (NYCRPD) was established in 1972 comprised of four (4) municipalities remaining with the department: Dover Borough, Dover Township, Manchester Township, and Paradise Township. In 1973, the NYCRPD added the Northern York Borough. In 1983, the NYCRPD added Conewago Township. In 1991, the NYCRPD added Franklin Township. Since 2000, the department has added Heidelberg Township, Jackson Township, Manheim Township, New Salem Borough, and North Codorus Township. To provide prompt service and meet the needs of citizens over such a large expanse, the NYCRPD maintains a headquarters in Dover, PA. and a fully sustainable substation

in Spring Grove, PA. In 2024, the Department began construction on a new state of the art headquarters in Manchester Township due to open this year.

The NYCRPD is staffed by sixty-nine (69) full-time officers. The Chief of Police is David Lash, who has been employed with the Department since January of 1993. The department has three (3) Lieutenants, six (6) Sergeants, eight (8) Corporals, and the remaining Officers / Investigators serve in Patrol, Criminal Investigations, Evidence/Court Liaison, Accreditation, and as School Resource Officers. The Department has five (5) Civilian Staff Members to include an Administrative Assistant and Four (4) Support Service Associates. Patrol personnel work twelve-hour (12-hour) shifts to include 0700-1900 hours and 1900-0700 hours. The Department utilizes the services of the York County Sheriff's Office for Central Booking and the York County 911 Center for Communications Services.

The NYCRPD has a very robust presence in the county and as a law enforcement teammate with other agencies. Five (5) officers are assigned as School Resource Officers in three (3) school districts. The Department has members assigned to the York County Quick Response Team as operators and negotiators. The Department has members assigned to the District Attorney's Drug Task Force as well as the U.S. Marshal's Task Force. The Department has officers assigned to the Drone Unit. The NYCRPD has members conduct the Simulated Impaired DriviNg Experience (SIDNE) to provide a real time awareness of the effects of impaired driving. The Department participates in the Project Lifesaver Program, a service provided to track people experiencing cognitive disorders. In partnership with the Boy Scouts of America, the Department participates in the Explorer Program designed for people from 14 to 21 years of age.

The Department has the following vehicles for police services:

1. Patrol:
   - Seventeen (17) Ford Explorers
   - Two (2) Ford Taurus's
   - Three (3) Ford F-150 Trucks

2. Investigations:
   - One (1) Ford Explorer
   - One (1) Dodge Charger
   - Three (3) Ford Taurus's

3. Administration:
   - Two (2) Ford Explorers

- One (1) Ford Taurus
- One (1) Chevrolet Traverse
- Two (2) Jeep Liberties
- One (1) Chevrolet Impala
- Two (2) Ford F-150 Trucks

4. Specialty Vehicles:
    - One (1) Search and Rescue UTV
    - One (1) Ford F-550 Dump Truck

**ON SITE RE-ASSESSMENT SUMMARY:**

Up front and simply put, this re-assessment was OUTSTANDING. Our assessment team determined this experience to be a top 3 event for all of us. The file review was well organized and professional. Assessors were provided with permissions to review files over two weeks in advance and the Accreditation Manager, Sergeant Christopher Irwin, was available for contact throughout the review process. The file review was completed well prior to arrival at the department and both amendments to the policy and proof were provided for compliance. Sergeant Irwin's work is impeccable and worthy of imitation.

The team met at the Northern York County Regional Police Department Headquarters on the morning of the assessment and received a static tour led by Sgt. Irwin to satisfy Observable Proofs. During the tour, team members met with Command Staff to include Chief Lash, Lt. Neideigh, Lt. Anderson, and Lt. Migatulski. The tour included a lobby and office presentation with interactions with Administrative Assistants and Support Service Associates. Team members toured the Temporary Holding with Sgt. Irwin and received a detailed review of the arrest process. Members received a thorough presentation on the Evidence and Property System with Evidence Custodian, Mike Miller. A thorough Weapon's Display was presented by Sgt. Kyle McClure.

The tour was well organized and thorough, covering all relevant information for our team. Each department member was well versed in their presentations and discussions in their respective areas and Sgt. Irwin provided an excellent overview of the facility and the Department process. Despite the headquarters due for replacement by a new facility soon, the current facility is well maintained, organized, and clean.

After the facility tour, team members conducted ride-alongs and interviews with staff members and concluded with an exit interview. After the exit interview, team members traveled to the new police department under construction and received an in-depth tour led by Chief Lash.

The assessment team noted outstanding policies and proofs, a thorough static tour, and excellent ride-alongs, interviews and interactions with officers and staff. Team members overwhelmingly concluded this assessment to be Outstanding.

**STANDARD SUMMARY:** At the conclusion of the on-site re-assessment, it was determined that the department complied with 100 of the 137 accreditation standards. The remaining 37 standards were verified to be "Not Applicable by Function" (N/A). The agency does not have a K-9 Unit, does not provide court security, is not a college or university department, does not have a cell block, and does not staff a communications center.

**FILE MAINTENANCE AND ADJUSTED PROOFS OF COMPLIANCE:**

A total of two (2) files were returned for file maintenance or adjusted proof of compliance:

1.1.1 (CF) – File was returned to add verbiage to the directive.

2.7.8 b (RM) – File returned to adjust highlighting and move a proof. This may have occurred due to a recent Power DMS amendment to the program.

**NON – APPLICABLE STANDARDS REVIEW:**

There were thirty-seven (37) standards that were determined to be N/A by Function:

1.10.8 – The agency does not have a Canine Program (1 N/A standard).

2.2.6 – The Agency does not have an Agency Owned Canine Program (1 N/A Standard)

2.6.1 through 2.6.7 – The agency does not provide court security (7 N/A standards).

2.8.1 through 2.8.7 – The agency is not a university or college entity (7 N/A standards).

3.1.1 through 3.1.23 – The agency does not have a cell block (19 N/A standards).

3.3.2 through 3.3.3 – The agency does not operate a communications center (2 N/A standards)

**STANDARDS WAIVER REVIEW:**

There were no standard waivers requested by the agency.

**INTERVIEW WITH CHIEF DAVID LASH:**

**April 30, 2025**

**Prepared by Christian D. Fishel**

On this date, I conducted an interview with Chief David Lash. Chief Lash has been employed with the Northern York County Regional Police Department since 1993. He is a graduate of the Pennsylvania State University and completed an internship with the Pennsylvania State University Police Department in 1992. Chief Lash completed the Mercyhurst College Municipal Academy in 1992 before being hired by the Northern York Regional Police Department in January of 1993. He has served in several positions and ranks within the department to include Field Training Officer in starting in 1995, Corporal in 1999, Sergeant in 2002, Lieutenant in 2010, Deputy Chief in 2018, and Chief of Police in 2022. Chief Lash has served in several specialty positions within the department to include Crime Scene Technician, Forensic Mapping Specialist, and Department Videography. He is a 2009 graduate of the Northwestern University Command Course and is the host for the course later this year at his department. Chief Lash has also completed command courses to include the FBI Mid-Atlantic Law Enforcement Executive Development Course and Pennsylvania Chiefs of Police Command Institute for Police Executives.

Chief Lash maintains an active role in his department as well as the law enforcement community. Locally, he serves as the Vice President of the Central Pennsylvania Chiefs of Police Association. Statewide, Chief Lash has served on the Pennsylvania Chiefs of Police Executive Board and Legislative Committee. He has served on the Pennsylvania Law Enforcement Accreditation Commission. Chief Lash is the current 1st Vice President of the Pennsylvania Chiefs of Police Association and will be sworn in as the President this summer.

Chief Lash was active and involved throughout the re-assessment of the department. He is a strong advocate for community interaction and developing a partnership with the community. Chief Lash is a strong advocate for the accreditation program as well. He feels the accreditation program helps with professionalism and service with the community. Chief Lash shared with me that accreditation provides the structure and enhancement to build a culture of policing the right way. He added that the program is the gold standard for our profession.

I found Chief Lash to be a very positive leader and an excellent host. He is well respected by his officers and provides strong leadership for everyone. It was apparent throughout the process that he is an active leader, and his supervisors and officers feel confident in their team and the ability to perform their duties. As noted above, numerous department members participated in the assessment and freely shared their role in the department as well as the assessment. It is

evident the department members from top to bottom are proud of their agency and demonstrate esprit de corps.

**RIDE ALONG SUMMARY:**

**April 30, 2025**

**Prepared by Kris Kruzelak**

On Wednesday April 30, 2025 , I participated in the on-site assessment of the Northern York County Regional Police Department. As a part of this assessment, I did a ride-along with Corporal Matthew Cicale. This ride-along, lasted approximately an hour.

Prior to beginning the ride-along, I observed Cpl. Cicale wearing a department issued uniform with soft body armor. Cpl. Cicale's uniform was clean, and he appeared to be physically fit. Cpl. Cicale was operating a marked Ford F-150 and completed a detailed vehicle inspection. The vehicle was fully equipped with the standard law enforcement equipment, including Motorola MVR, BWC and LPR.

My first impression of Cpl. Cicale was a very positive one; professional in appearance and demeanor. He is a full-time officer who has been with the department for approximately 14 years. In addition to being a patrol officer, Cpl. Cicale is a firearms instructor and active shooter instructor for the department.

At the beginning of the ride-along, I learned the department is split into different zones. During the ride-along, no calls for service were received and no self-initiated cases were investigated. Cpl. Cicale showed me various parts of the regional PD's jurisdiction including farmlands, industrial complexes, retail complexes and many housing developments.

While on patrol, Cpl. Cicale and I discussed the accreditation process and how it impacts daily operations within the police department. Cpl. Cicale was very knowledgeable about the process and acknowledges its many benefits. We also discussed the benefits of the accreditation process and how it directly relates to field training officers and new hires. In addition to the way the accreditation process standardizes the training process for field training officers and probationary officers, he told me his agency utilizes more than one field training officer during a probationary officers initial training.

Cpl. Cicale and I also discussed the department's records management system (RMS). His agency recently purchased Info Share, CSI software. He stated that the transition has been positive, and the officers are accepting of the RMS with minimal complaints.

My experience at the Northern York County Regional Police Department was a positive one. The agency's command staff was professional and courteous. The officers were

supportive of the accreditation process and proud to hold the status of an accredited agency. The Northern York County Regional Police Department should serve as an example for other agencies to emulate. The importance of accreditation is apparent in that Chief Lash was very involved with the assessment team from the time we arrived until we departed. Sgt. Irwin the accreditation manager has a clear grasp and understanding of the program and is an asset to his agency and the residents that he serves.

**RIDE ALONG SUMMARY:**

**April 30, 2025**

**Prepared by Richard McGarr**

On Wednesday April 30, 2025, I conducted a ride along with Officer Anthony Gelbaugh, a seven-year veteran of the Northern York County Regional Police Department. Gelbaugh was operating a fully marked Ford Explorer outfitted with modern police equipment. Prior to our departure from the headquarters, Gelbaugh conducted a full unit inspection. He is currently assigned to patrol and was wearing his full uniform that is required for patrol.

Officer Gelbaugh provided me with a tour of the district that he was assigned to pointing out the various facilities and housing in the area. On the tour, we drove through housing areas and the small business district area. The coverage area is massive. Officer Gelbaugh explained the jurisdictional boundaries and how members of the Northern York County Regional Police Department work with members of the adjacent police departments.

During the ride along, I spoke with Officer Gelbaugh about the accreditation process. Officer Gelbaugh stated that he is familiar with accreditation and the program is good for the department. He said he does not know how policing was without accreditation because it has always been part of his career. Officer Gelbaugh stated their department handles all types of calls, domestics, thefts assaults etc. and is confident that his partners are well trained and can handle anything that they are dealt with. Officer Gelbaugh stated he likes the accreditation program and believes it is a benefit and necessary for police departments to have because it provides sound policies and direction and proper training to be able to handle anything.

The ride along lasted approximately 45 minutes and during this time there were no calls for service. All discussion relating to the accreditation program did not reveal any conflict between accreditation standards and the practices of the Northern York County Regional Police Department. Officer Gelbaugh asked me how the site visit went for us. I informed him that the visit was excellent, and the files were well organized. I told him he works for an excellent department, and he stated his partners and chief are excellent to work with. He said he gets full support from the Chief.

**SUMMARY:**

The quality and professional police service provided by the Northern York County Regional Police Department was evidenced in their facility tour, file reviews, ride-alongs, personal interviews, interactions, and conversations with agency staff. It is apparent the Department has been and continues to be dedicated to delivering top quality police services to all residents and visitors to the municipalities it serves throughout the county.

**RECOMMENDATION:**

**Based on proof of fulfilling the standards set by the Pennsylvania Law Enforcement Accreditation Commission applicable to their agency, The Assessment Team unanimously recommends that the Northern York County Regional Police Department receive re-accreditation status.**

Dates Assessed: April 30, 2025

Respectfully Submitted,

Christian D. Fishel