# Exhibit "F"

2. Fingernails will not extend more than ¼ inch past the tip of the finger.

3. Fingernail polish (if worn) should be clear or a neutral color.

## G. Uniforms and Related Equipment

1. Members of the Department shall, while on duty, maintain a presentable appearance; uniforms shall be buttoned or zipped, as required, hats shall be worn (except in emergencies and/or while in the car). Officers assigned to field operations shall wear only uniforms and equipment that has been issued or approved by the Department.

2. Uniforms shall be clean and pressed; shoes shall be shined, and all equipment shall be in presentable condition.

3. Dark glasses shall not be worn inside. Sunglasses shall not be worn on top of the head or in any way other than the intended manner. Photo-chromatic glasses are permitted; however, sunglasses are not permitted for indoor use.

4. Uniforms shall be complete; no partial equipment or uniforms are permitted. When in uniform and engaged in field operations, a ballistic vest shall be worn at all times (PLEAC 2.1.3). When the Summer uniform is authorized, the T-Shirt shall be visible and of a crew neck cut. T-shirts shall be black in color when the Summer uniform is worn.

5. Shields are to be worn on the outermost garment at all times while in uniform. Embroidered badges on the uniform coats are authorized. While not in uniform, and during the course of an arrest, the shield should be displayed on the outermost garment, clearly identifying the member as a police officer. Members shall carry their identification cards at all times. Non uniformed, sworn personnel, who are engaged in field operations, shall wear a ballistic vest and have a badge visible.

6. The official Northern York County Regional Police patch shall be worn on the shoulders of all uniform shirts, sweaters, raincoats, jackets and winter coats. Any unauthorized wear or display of the official Department patch is prohibited.

7. The Uniform of the Day shall be as follows:

a) Winter:

Black Service Cap with Hat Badge
Black Service Fur Cap with Hat Badge
Black Fleece Cap with NYCRPD Embroidery
Long Sleeved Shirt with Tie and Tie Tac
Long Sleeved Uniform Shirt with Embroidered NYCRPD
Mock Turtleneck or Dickey
Uniform Trouser with Brown Stripe
Standard Leather / Foot Gear
Winter Jacket (as appropriate)
Black ¼ zip Pullover (as appropriate)
Black Socks

b) Summer:

Light Weight Service Jacket (as appropriate)
Black ¼ zip Pullover (as appropriate)
Black Service Cap with Hat Badge
Short-sleeved Shirt
Uniform Trouser with Brown Stripe
Standard leather/foot gear
Solid Black Crew Neck T-Shirt
Black Socks

c) Dress (Officers):

Service Cap with Hat Badge
Long-sleeved shirt with Tie and Tie Tac
Uniform Trouser with Brown Stripe
Standard Leather Low-Cut Footwear
Service Awards
Light-Weight Jacket (as appropriate)
Black Socks

Dress (Supervisors):

Service Cap with Hat Badge
Dress blouse
Long-sleeved shirt with Tie and Tie Tac
Uniform Trouser with Brown Stripe
Standard Leather Low-Cut Footwear
Service Awards
Black Socks

If leather gear is specified to be worn with the dress blouse, the duty belt shall be limited to holster with duty weapon, and handcuff case and cuffs. This shall be worn opposite the duty weapon.

8. Training or Other Dress Requirements

a) Business:

Suit
Sports Coat, Shirt and Tie
Dress Trousers
Dress footwear
Appropriate female business attire
Dress Socks

b) Business Casual:

Dress Shirt, Without Tie
Dress Slacks (No Jeans)
Dress or Casual Footwear
(No Athletic Shoes or Boots)

c) Casual

Jeans Permitted (No Shorts)
Athletic shoes permitted

(Officers are prohibited from wearing any western wear bolo-type ties or cowboy hats).

## H. Issue and Wear of Uniform Items and Accessories

1. The shirt shall be khaki in color, tailored on a form-fitting line, with military creases. There are to be two breast pockets, permanent collar stays, badge tabs and a lined yoke. The left pocket is to contain a pen compartment. Shirts will be both long and short sleeved. The display of badges, patches, medals of recognition, chevrons, rank insignia, nameplate, whistle, and pens will be as follows:

BADGE: The badge shall be worn over the left breast pocket, pinned through the badge tabs and lined yoke.

PATCHES: The Northern York County Regional Police patch shall be worn on both sleeves of the uniform shirts, sweaters, coats, and jackets, 3/4" below the seam and centered on the sleeves.

MEDAL OF RECOGNITION: Medals of Recognition shall be worn on the left breast pocket, by sworn members below the rank of corporal, when wearing the Dress Uniform. They shall be displayed in the prescribed order of precedence (See Attachment 1.8.1) centered over the pocket button with the top edge of the medals aligned with the top of the pocket flap.

CERTIFICATION BADGES: Certification badges are badges which are awarded for successful completion of specialty training courses and subsequent assignment to specialized units. Examples include the York County Quick Response Team (QRT) and the Negotiations Response Team (NRT). Certification badges shall be worn 1/4 inch above the nameplate and centered on the military crease.

CHEVRONS: Chevrons indicating the rank of Sergeant and Corporal shall be worn 1/4" below the Northern York County Regional Police patch and centered on the sleeve on all shirts, jackets, and coats.

HONOR GUARD BADGE: Officers who are members of the Department's Honor Guard are awarded this insignia. This badge shall be worn on the right pocket of the Dress Blouse. It shall be centered between the flap button and the bottom edge of the pocket, centered on the military crease. Once awarded, these badges may be worn even after the officer's assignment to the specialized unit has ended.

RANK INSIGNIA (COLLAR): Officers rank insignia shall be worn on the collar with the outer edge of the insignia bordering the stitching on the collar.

NAMEPLATE: The nameplate shall be worn over the right breast pocket with the bottom edge of the nameplate touching the top edge of the pocket flap and centered over the button. Sergeants and above shall wear a gold in color nameplate. Corporals and below shall wear a silver in color nameplate.

WHISTLES: The whistle, when worn, shall be chrome in color (officer) or gold (supervisor) with a matching lanyard. It shall be attached to the bottom on the right epaulet with the whistle inside the right breast pocket.

PENS : Pens shall be displayed (carried) in the left breast pocket in the pen compartment. No more than two pens shall be carried in the

compartment. Pens may be black, gold or silver in color. Brightly colored pens shall not be carried in the uniform pocket.

REGIONAL POLICE TIE TAC: The tie tac shall be worn centered on the tie with the tac being an inch below the bottom edge of the pocket flaps.

2. Issue and Optional Uniform Items

a) The trouser shall be black, using a modified uniform pattern. It shall have a contrasting stripe, matching the color of the shirt. Officers, Corporals and Sergeants shall have a 3/4" stripe and the Lieutenants and Chief a 1" stripe, with a gold stripe centered within. The length of the trouser shall be such that they meet the top of the rubber heel of the shoe where the leather begins.

b) The tie is to be the traditional four-in-hand, redi-tied, the same color as the trouser with "Regional" printed on the lower left corner.

c) The winter jacket will be black with epaulets, badge patch, side zippers, two-way front zipper. The summer jacket will be the same with a reversible ANSI/ISEA 207-2006 compliant interior.

d) The raincoat is to be black with reversible reflective lining, made of 100% nylon. Both sides are to have badge tabs and access openings for pockets and/or weapons.

e) Each sworn officer shall be issued a break-away, ANSI/ISEA 207-2006 compliant vest. The vest shall be worn in those situations specified by departmental general orders.

f) Only approved items of uniform or equipment shall be worn. The Chief of Police or his designee have the final decision concerning uniform determinations.

g) Medals of Recognition and Their Order of Precedence

Medals of recognition shall be worn as previously described. They are to be displayed in the order of precedence stated below. Medals of a higher precedence shall be worn above and to the officer's right of medals having a lower precedence. The Order of Precedence is as follows:

Medal of Valor
Award of Merit
Commissioners' or Chief's Commendation

Award for Injury in the Line of Duty
Life Saving Award
Officer of the Year Award
Award for completion of FBI NA/NU SPSC/SPI AOC
PLEAC Accreditation Award
Years of Service Award
Safe Driving Award
Good Conduct Award
Advanced Certification Award
Honor Guard Award
Field Training Officer Award
Explorer Advisor Award
School Resource Officer Award
Perfect Attendance Award

h) Members wishing to wear a sweater as part of their uniform may do so under the following guidelines. The sweater must be black (V-neck) with epaulets, badge tabs, and a lined yoke for display of the Departmental Badge. The NYCRPD shoulder patch will be worn on both sleeves in accordance with existing guidelines.

i) Service Cap

A military type, peaked cap may be worn on a year-round basis in lieu of the fur pile cap. The style shall be a Modified Pershing design with these modifications:

(1) Chief - The crown shall be black in color, same as the uniform trouser; the visor strap will be a gilt-gold color; the visor will be black with gilt-gold oak leaf clusters.

(2) Lieutenants- The crown is to be the same as above with the visor strap gilt-gold in color.

(3) Sergeants- Same as the Lieutenants.

(4) Corporals- The visor strap shall be silver in color.

(5) Officers- The crown to be the same as above, visor strap and visor shall be black.

3. All uniforms and/or equipment issued are to be returned or otherwise accounted for whenever an officer leaves the employment of the Department. All items not returned or satisfactorily accounted for will be charged to the leaving employee at the replacement value.