# Exhibit "G"

| | NORTHERN YORK COUNTY REGIONAL POLICE DEPARTMENT<br>**General Order 2.2.2** |
|---|---|
| Subject: Procedures to Follow Relating to Activating the York County Quick Response Team | |
| Date of Issue: 10.06.2021 | Effective Date: 10.06.2021 |
| Revisions: | Expires: Until Amended or Revoked |
| Review Date: Annual Review | Rescinds: N/A |
| PLEAC Standard(s): 2.2.2 | Testing: |

This order consists of the following sections:

# I. Purpose

To provide the officers of the Northern York County Regional Police Department with a clear understanding of the agency guidelines for the activation of the York County Quick Response Team or other Tactical Unit.

# II. Policy

All agency members shall comply with the requirements specified within this general order.

# III. Procedure

A. The Northern York County Regional Police Department recognizes the need for specialized tactical teams for high-risk events. The department has identified the York County Quick Response Team as the primary agency for our jurisdiction.

B. If the need for the Quick Response Team arises during a duty tour the on-duty supervisor shall be immediately notified of the incident. (PLEAC 2.2.2)

C. The supervisor shall respond to the incident location in order to obtain all known facts and circumstances. While enroute the supervisor will continue to receive updated information that would determine the need for the Quick Response Team. (PLEAC 2.2.2)

D. Once the supervisor has received adequate information, command notification will be made to the appropriate Command Officer. Certain serious incidents (Active Shooter, Hostage / Barricaded Suspect or Major Crime in Progress) require direct notification to the Chief of Police. (PLEAC 2.2.2)

E. After approval of the appropriate Command Officer, the supervisor shall contact York County 911 by radio or any other situationally appropriate means and request activation of the York County Quick Response Team. (PLEAC 2.2.2)

F. York 911 will provide the QRT Team Commander with contact information for the supervisor requesting activation.

G. The QRT Commander will contact the supervisor by telephone and be provided the following information;

1. Basic situation report.

2. Underlying criminal offense or precipitating situation.

3. Existence or status of search warrant, arrest warrant, 302 Warrant or other legal process.

4. Scope of threat.

5. Community or environmental factors.

6. Injuries or deaths.

7. Agency point of contact or command officer.

8. Urgency or exigent circumstances.

9. Any other information requested by the tactical team commander.

H. The supervisor shall attempt to gather the following information if know for the initial on scene briefing with the QRT Team Commander.

1. Location of staging area.

2. Command post location.

3. Any Diagram's, topographic or building information.

4. Situation update.

5. Known risk assessment.

6. Other available resources.

7. If school related, advise of the availability and usage of the Navigate Prepared System (Dover Schools, Central Schools and Northern Schools).

I. NYCRPD Incident command and protocol requirements shall be adhered to all times during the incident.

J. The supervisor will determine if any on duty QRT Members are currently working within our jurisdiction. If so, they should be relieved of normal patrol duties to respond for the QRT Call Out.

K. Supervisor Reporting Requirements – The Supervisor requesting the activation of the QRT shall document the request on the appropriate report in CSI.

L. Member Reporting Requirements - Any member of the Department belonging to the Quick Response Team shall complete an investigative report (7504 Assisting Other Agencies) in CSI after each deployment. The report shall be completed within 24 hours of the member returning to his normal duty tour.

M. Member Activation Response – When any member of the agency belonging to the Quick Response Team is notified of a deployment, they shall contact the Operations Lieutenant. The Operations Lieutenant will assess the Department's needs before granting permission for the officer to participate in the deployment.

N. If the York Country Quick Response Team is unavailable the County 911 Center will follow the established protocols for the response of additional tactical teams.

## IV. Effective October 06, 2021

**By Order of**

David L. Lash
Chief of Police