# Exhibit "H"

Commissioners,

To begin, I would like to thank you for the part you play in supporting the officers and the community at NYCRPD. I write this letter as a member of the community that is close with many of the officers. I am gravely concerned as to what I am hearing that occurs within the organization. It is my understanding that many of you do not interact with the officers on a daily basis, I believe it is important for you to understand the concerns that many of the officers are experiencing. Based on what I have been informed of, I am very angry, disappointed and as previously stated concerned for our community and the officers of NYCRPD along with their families. The recent tragic events have captivated us all. I want to be clear that this letter is not written in response to those specific events. It is written out of concerns for everything that has been transpiring for the past few years at NYCRPD.

It appears that many of the commissioners are being misled to believe what is happening within the walls of NYCRPD. Chief Dave Lash has created a culture of tyranny and oppression. Morale is lower than it has ever been and with the recent tragic loss of their brothers it has gotten even worse. Officers are afraid to speak out for fear of the repercussions. They need their jobs to pay their bills and to support their families. They are not willing to risk this to speak up. Instead they work in misery and dread each shift. I don't blame the commissioners for these issues. The blame falls on poor leadership from Dave Lash and Gregg Anderson. Hiding the truths and reality for their own personal gain.

The oppression, favoritism, and corruption runs rampant. I'm sure you are questioning whether or not these things are true, but please ask yourself why Cpl. Snyder, Cpl. Morley, and Cpl. Baumgarner really left? Why is there constant turnover at the department? Officers work their entire careers to obtain rank and recently several have just walked away. Why walk away when you work so hard to reach this milestone. I am sure Lash has made excuses and told you these officers just wanted to be closer to family or they just wanted to retire or some other excuse.The truth is even though the pay and benefits are amazing they still chose to walk away and take pay cuts to go elsewhere. Why is that? I'm sure you've been told they are just lazy or just were not a good fit, but I can honestly tell you that this is not the truth. The truth is they are sick of working under these conditions and under Lash's terrible leadership. If you don't believe me, go ask them. A multitude of great cops have been lost due to this. In a time where everyone is short staffed looking for good employees why would anyone leave a department that is top paid in the county with terrific benefits. It just doesn't make sense and you have to ask yourself why. Why would you leave a job like this and go elsewhere? It goes back to the poor leadership and working conditions.

I write to you in hope to expose the truths and to help the officers. They need it more than ever. You may be asking if things are so bad why has no one spoken up? What about the officers association? The officers association is corrupt and those who run it, report back to Lash. No one can speak up. There is no voice. Again don't believe me, take action and investigate. Ask other departments who also know the truth. There is a reason why the last two mergers went to York County Regional and not NYCRPD. The officers at other departments

speak with the officers and know how bad it is. They want nothing to do with NYCRPD which is a shame. Another example is that the officers were not allowed to attend Cody Becker's funeral. They were told to get back to work. How do you not allow officers the time to attend a fallen coworkers funeral? This is horrible especially when PSP and other municipalities were willing to cover for NYCRPD. This is an absolute disgrace and again it comes down to poor leadership. Family liaisons were also told that they needed to suck it up and work tired. This did not change until PSP had to tell them this was ridiculous. Think about how bad this is. At a time where the officers were most vulnerable they were forced to return to duty or face the consequences. Working short and having no desire to show up, forced to do one of the most dangerous jobs in the world. Ask anyone in law enforcement and they will tell you that this situation was handled completely wrong. Will an independent investigation be conducted or just an internal investigation, where the corrupt individual hides the facts? This situation was completely preventable and losses could have been mitigated. Also, why have the officers not been briefed or had any sort of discussion about the events that transpired and how they transpired? The officers deserve answers.

Since Lash has taken over he has bought equipment for his own personal gain ie. dump truck, enclosed trailer, etc..and makes excuses why the department needs it. Equipment has been purchased that never gets used by officers. One example is the virtual reality simulator that most officers have never used. Officers see these wasted funds and are extremely frustrated that the things that they could actually use are getting ignored. Lash has also created corrupt promotional testing practices that have fostered extremely poor leadership. The best and most qualified candidates do not get promoted or hired. Lash's refusal to change the tattoo policy is nothing but discrimination. The NYCRPD misses out on highly qualified candidates but makes special exceptions for Anderson's niece? The product is getting watered down exposing and creating vulnerabilities to the officers. Why are officers constantly required to work short? Patrol is constantly working short on manpower and nothing is done to fix it. Why are highly qualified candidates ignored? Do we want to create another situation where officers don't go home to their families because of Lash's ego and refusal to listen to those around him? Equipment that is vital to the officer's to do their job properly and safely is constantly broken or not working and officers have to deal with it. If something was not working for Lash it would be handled immediately without question. Why is there a double standard? Why are these issues not fixed immediately? Lash gets to drive around in a new vehicle every year while patrol rides around in cars with bad rotors, faulty/non functional equipment and there is no sense of urgency to fix it. How is this allowed to occur?

Lash's ego and refusal to listen to those around him is well known. His common response is, "My opinion is the only one that matters." The tip box has been taken down and officers were told to speak with Lash directly. How do you talk to someone that refuses to listen? Again people that speak up get ostracized and cast aside. Good leaders take criticism and advice. The commission should put the tip box backup in a non recorded location to allow officers to freely place tips in the box that can be read by the commission only, without Lash being involved.

Discipline is also another issue with NYCRPD. Discipline is not equal or fair. Lash and Anderson pick and choose who gets punished and why. Why is this allowed? Why is punishment not equal? Why is there no longer a standard that everyone is held to? Many believe it's because Gregg just chooses to ignore the problem so that he doesn't have to deal with it.

Simple things that don't cost anything can be changed to make this workplace better for the officers. Why are officers not provided the simple tools that they ask for to boost morale? It's because their voices are not heard. The corruption, tyranny, and oppression runs rampant. The officers just want to come to work in peace and not walk on eggshells. The job itself is dangerous enough and the administration should not be fostering an environment where officers are pitted against each other. It is time that the commissioners investigate and provide these officers with the leadership that they deserve. There is no path forward with Dave Lash or Gregg Anderson. The damage has been done and the only way to move forward is with fresh leadership. Lash continues to line up poor leadership for the future such as Kyle McClure, Erika Eiker, and Noah Pottieger. Each of which is not the answer. Just more of the same of poor leadership. Most officers believe that the best path forward is leadership from Chistopher Irwin, Jim Kulak, William Nailor, Steve Lebo, or a fresh voice from outside the organization.

This letter only summarizes a small amount of concerns. I hope that this letter is the catalyst for real investigations at NYCRPD. The officers need and deserve new leadership. The unchecked power and ego of Dave Lash cannot be allowed to continue. Lash is not bigger than this organization and it is time that the officers are cared for and a positive work environment is created. I can't encourage you enough to begin an investigation and speak with the officers, retired officers, and officers who have left. The truth is out there and a path forward needs to be found.

Some may say I am a coward for remaining unnamed, but the risk of officers being targeted over this letter by Lash is not a risk I am willing to take. I again urge you to take action and help the officers.They deserve to work in a non toxic work environment. Please meet with *each officer if you have to and allow them to speak freely without concern of vindictive repercussions. Above all else it is time for a new Chief with fresh ideas willing to listen and foster a non toxic environment. A new start for all!*

*Kindest regards and many blessings,*

*A concerned citizen*