# Exhibit "I"

To whom it may concern:

First and foremost, this letter is not being written by the same author as the previous letter. I learned of a previous letter and wanted to voice my opinion. This letter is being written as an informative overview of the actuality of Northern York County Regional Police Department. This letter is not meant to air grievances or smear any one person in the department. This letter has to be submitted anonymously due to the fear of retaliation. The desired outcome of this letter is that the recipients investigate for themselves the actual way NYCRPD is operated. It is the hope that the recipients hear from all past and present members of the department concerning these issues that are a detriment to the officers physical, emotional and mental wellbeing.

One issue that effects all law enforcement and not just NCYRPD is staffing. The department fails to hire well qualified individuals that have lower arm tattoos. When individuals come to apply to NYCRPD they are asked if they have any of these tattoos and are told not to even apply. It is unsettling to see the Lieutenant's niece at work and still have exposed tattoos. She was given the opportunity to get them removed but others are not given this fortune. She is a perfect example of a good officer with tattoos. Other potential applicants would not even be considered. Sleeves and coverups have been offered as a remedy but have been dismissed because only one opinion matters. The department has lowered its hiring standards in other areas and has taken on risks with individuals that would not be hired elsewhere but the image and perception is more important than the qualifications of the officer. These two issues are an overarching theme through this department.

This overarching theme also relates to our equipment. The perceived image and opinion of only one matters. Officers have been requesting several pieces of equipment for comfort and practicality including outer carrier vests and several options for work boots. It is a known fact that patrol officers have back/hip issues due to wearing a duty belt with 20 pounds of equipment on. The officers deserve to have equipment that is the best for them while still maintaining a professional appearance. The administrations major concern is wearing a tie clip. Officers at this department and all others laugh at the idea of the bola wrap being an effective tool on our toolbelt. This was used as clickbait for community members and got TV time but its practical use is near nonexistent. Is it a coincidence that no other departments in the area began to use this piece of equipment? Another piece of equipment that shows this overarching theme is the antennas on our patrol cars. NYCRPD officers have limited to no radio signal while on patrol in rural areas. This issue has been addressed with the administration and a remedy has been found but the new antenna does not meet the desired look. Again showcasing that appearance is more important than officer wellness.

Conflicts of interest at the department exist with no checks and balances. A lieutenant oversees officers in a special detail but also created a business with them. The officers schedules fluctuate to accommodate the Lieutenant's financial interests in the business. This same lieutenant oversees his niece directly. A patrol sergeant is given the authority to handle all of the scheduling of overtime details and has a list of people to send them to. If the overtime isn't taken by herself, she has a dedicated list of officers that as the department says " are

proactive" or who "stop cars", but as any other educated person would say, those who write a lot of tickets are favored. Like any other department, seniority or a first come first served basis does not exist. Officers work "straight overtime" details that are paid as straight time even though the officer works over 40 hours in one week. Meanwhile Chief Lash purchases a 65k SUV because he didn't like how his brand new truck rides. Again, he is only concerned about himself and does not care for the officers wellbeing.

Officer wellness is a major concern. Nationwide, officer suicides have been a concerning trend. In 2019, 234 officers killed themselves. In 2022, 170 officers died of suicide and in 2023, 122 committed suicide. The stress and anxiety take an enormous toll on officers that we all knew when we signed up for this job. What we didn't sign up for is this administration's disregard for our wellbeing. After the UPMC shooting, while in a supervisor meeting, one patrol sergeant addressed concerns about officers immediately returning to work. Their comments were immediately dismissed by Dave Lash and were told that officers mental health concerns are not the department's problem but are the individual officers. Another example of this is when Pat Gartrell's wife came to Dave Lash and others asking for help for his alcoholism. Dave Lash did nothing to help Pat or his family. Dave Lash continues to try to take advantage of Pat as he tries to retire after working at NYCRPD for 25 years as a dedicated officer. It is very disheartening to officers to see someone that has given so much to be taken advantage of. Why would officers want to dedicate their lives to NYCRPD when they will be treated just like Pat? More recently, we lost 3 great men that dedicated their lives to their communities. After this incident, officers and their family members were suffering from their losses and needed their own time to grieve and be with their loved ones. Although departments from all around the state offered to cover NYCRPD area for the following weeks, the administration refused to do so. They only allowed a few days off after the shooting and a few days for the funeral. One officer that took off sick afterwards was ridiculed by Lash. When returning to work, the administration was only concerned about writing all the calls that were missed from when the officers were gone and "stopping cars" or writing tickets.

The state of this department has gotten so bad that the officers have gotten the FOP legal defense fund to represent them instead of the corrupt "association" and attorney Ed Paskey that Chief Lash has once called "Chicken Little" because he runs to him like his puppy dog. The President and Vice President of the association have their personal interests in mind before the officers. In their meeting with the commissioners after the previous letter, they claimed the association members had no issues. Andy Miller is testing for Sergeant and has meetings with Chief Lash weekly about association matters but never lets the association members know what is happening. In addition, Andy Miller has domestics at his house. Supervisors tell officers to not respond to the call so they can cover up his actions. Andy Miller and Max Ruby are pressured by the Chief as Ruby once said that he was intimidated by Chief when discussing contract negotiations. Andy Miller wants to be president of the association because he will do whatever Chief Lash wants on behalf of the association and in exchange, he wants to get Sergeant.

Chief Lash and the administration pick and choose who they want to discipline. Recently, an officer that is testing to be a Cpl. shot a round into the ground while

at a department qualification shoot at the range. The round struck another officer in the buttocks. This officer received no write up or discipline. This is because he is favored and the administration wants him to test for Cpl. If this was an officer they disliked, this would not be the same. An example of an officer that isn't liked is a Cpl. that received a negative evaluation. He has been a Cpl. for over 6 months and has not had any write ups or complaints. Chief Lash sent his Sergeant, Kyle Mcclure to list an abundance of fraudulent issues in his evaluation. This same Sergeant brought a WW2 Nazi flag into the station while on duty. The Sergeant brought the flag into the station in front of his platoon of officers. He told them to turn their body cameras off and to place them face down on the desks. The Sergeant then got the flag out and asked if there was any "Jap" blood on it. The timing of the current promotions are not a coincidence. They are not allowing Sergeant Kulak to take the test because he was in an motor vehicle accident while on duty. He was suspended within a years time disallowing him to test. Officers drive hundreds of miles a shift and accidents happen. This was weaponized so Kulak is not able to test. In addition, there was never and physical fitness requirements for testing until the current promotional exam. This is to compromise Sergeant Irwin from testing for Lieutenant. Is Dave Lash able to pass these physical fitness standards?

Chief Lash said before that nobody's opinion matters other than his own while at a meeting with supervisors. He is a smooth talking politician that is deceiving. A police agency should not be run by a politician that puts his own officers and public at risk to boost himself. The way Dave Lash acts in front of the media and public is not the same as the one that is running the department behind closed doors. It is very upsetting seeing Dave Lash on his media tours when officers know he doesn't care about their wellbeing. The upcoming changes and requirements for officers to see mental health professionals is nothing more than a box that he has to check off. After the letter was received, Chief Lash wanted to coalesce support for himself by inviting a special group of officers to Lt. Migatulski's retirement. Chief Lash was then asked by an officer about the invites because he was not invited. Chief Lash said that Lt. Migatulski made the list of officers he wanted there. When the officer spoke to Lt Migatulski, he was told that it was a lie and Chief Lash picked everyone. Someone that is willing to lie about such a minor thing will continue to lie about even larger issues. After an anonymous complaint of a JNET violation, Chief Lash stated that he would bring his wrath down on whoever made the complaint and suspend them for 30 days. Ask yourself, does this sound like someone that cares for his officers?

After receipt of the previous letter, Chief Lash complained about being in an executive session for 3 hours with commissioners. After the session, he advised some of his subordinate supervisors that himself and a few of the commissioners wanted an investigation done to find out who wrote the letter and to fire them. Since this was said amongst others, is Chief Lash speaking publicly about information in an executive session or is he lying?

Departed officers are not interviewed when they leave. A common excuse is that they wanted to move closer to family. In reality, these good officers leave the department due to the toxicity and issues addressed in this letter. This trend will continue where good officers leave NYCRPD and they are replaced with less qualified

officers that meet the image requirements of the administration. The hope for this letter is that the recipients formulate their own opinion regarding how NYCRPD is actually ran. Previously there was a suggestion box or as Lash called it "the bitch box". These suggestions were filtered through the administration and not all were presented. To obtain the reality of NYCRPD, the recipients of this letter need to speak to the past and present officers in an anonymous manner or a manner that allows for no retribution. Simply asking the corrupt association President and Vice President Andy Miller and Max Ruby is not enough to find the truth. Officers are willing to speak with commissioners/outsiders but are prohibited to do so by the policy. Officers are afraid to speak out as Chief Lash is trying to find out who wrote the previous letter instead of addressing the issues within the department.

"Evil is powerless if the good are unafraid"- Ronald Reagan