# Exhibit "J"

| | NORTHERN YORK COUNTY REGIONAL POLICE DEPARTMENT |
|---|---|
| | **General Order 2.2.4** |
| Subject: Procedures to Follow for Officer Involved Shooting Incidents | |
| Date of Issue: 09.08.2021 | Effective Date: 09.08.2021 |
| Revisions: | Expires: Until Amended or Revoked |
| Review Date: Annual Review | Rescinds: General Order 13-01 |
| PLEAC Standard(s): | Testing: |

This order consists of the following sections:

## I. Purpose

To provide the officers of the Northern York County Regional Police Department with a clear understanding of the agency guidelines and procedures that will be utilized for the investigation of officer involved shooting incidents.

## II. Policy

All agency members shall comply with the requirements specified within this general order.

## III. Definitions

**Independent Investigating Agency (IIG)**: Any agency other than the NYCRPD who will investigate and provide investigative finding relative to the incident. The selection of the IIG will be determined by the Chief of Police and the District Attorney's Office.

## IV. Procedures

A. When an incident occurs that involves a police officer firing any Department-owned firearm or approved firearm owned by the officer, as a means of deadly force the following should occur:

1. Notifications:

(a) Chief of Police – Command notification of fatal and serious bodily injury incidents during police involvement should be made directly to the Chief of Police. Any use of deadly force (including the discharge of a firearm by an officer, regardless of whether such force resulted in injury shall also require immediate command notification to the Chief of Police.

(b) Operations Lieutenant – Will be notified by the on duty Officer in Charge (OIC), their designee or the Administrative Lieutenant.

(c) Special Operations Lieutenant and Administrative Lieutenant – Will be notified by the Operations Lieutenant or the on-duty Officer in Charge (OIC) or their designee.

(d) Criminal Investigative Supervisor – Will be notified by the Special Operations or Administrative Lieutenant or their designee.

(e) County Detective – The on-duty County Detective will be notified by the Chief of Police or their designee.

2. If practical, the Chief of Police, Operations Lieutenant, Special Operations Lieutenant, and Administrative Lieutenant, as well as the Criminal Investigative Supervisor will respond to the incident scene.

B. Responsibilities:

1. Involved Officer:

a) The officer involved in the shooting, or another officer on scene shall make immediate notification to the shift supervisor/OIC.

b) Any secondary firearms discharged in the incident and the primary firearm of all officers involved in the incident are considered evidence. All involved officers shall not reload or unload the firearm that was discharged or their primary weapon. The exception to this would be any reloading which occurs during the time of imminent danger to the officer. Once the incident is secure and the imminent danger has passed, all involved firearms shall remain in the condition they were in at the conclusion of the incident.

c) Officers on scene shall secure the perimeter of the scene with crime scene tape. No one should be permitted into the secure scene pending the arrival of command personnel. The exception would be emergency medical personnel who need to enter to provide medical assistance to any injured person and any protective sweeps required by officers to ensure the scene is secure.

d) Any weapons used by the suspect during the incident shall not be moved, unless an imminent safety concern requires otherwise, or it is absolutely necessary to move the weapon in order for emergency medical personnel to render aid. If the weapon must be moved, and the situation permits, it should be photographed or its location marked, prior to being moved. Unless absolutely necessary for the safety of officers and others involved, any weapons used by the suspect shall not be manipulated in any way. They should remain in the condition they were when last handled by the suspect.

e) The involved officer(s) will be asked to provide initial details of the shooting incident to supervisors or command staff. Any questioning of the officer shall be limited to obtaining critical information relating to public safety, exigent circumstances or identifying and locating involved suspects.

1) Are you injured?
2) If you know of anyone who was injured, what is their location?
3) In what direction did you fire your weapon?
4) If any suspects are at large, what are their descriptions?
5) How long ago did they flee?
6) For what crimes are they wanted?
7) Were they armed, what weapons type?
8) Does any evidence need preserved?
9) Where is it located?
10) Did you observe any witness(es)?
11) Where are they now?

f) The officer(s) will, typically, within 72 hours, be ordered to submit their written reports for use in the Administrative (Internal) Investigation and make themselves available for further questioning, if necessary, as part of the Administrative (Internal) Investigation.

2. Officer in Charge (OIC) Responsibilities:

a) In most circumstances this will be a Sergeant or Corporal. The OIC will be responsible for the immediate scene security to preserve all potential evidence until such time as they are relieved by the Independent Investigating Agency (IIG).

b) The OIC will, as soon as practical, remove the officer(s) who fired their weapon from the immediate location of the incident. The OIC will take possession of all firearms used to include the officer's duty weapon, even if a secondary weapon was fired. The OIC shall ensure that any officer who discharged their weapon is in the company of another officer and not left alone.

c) The involved officer(s) shall not be isolated or left alone when removed from the scene. The involved officer(s) will not be placed anywhere in a vehicle that is typically used for the placement/transport of persons in custody.

d) The OIC or their designee will be responsible for notification to Command Level Officers. If the OIC has discharged a firearm they should as soon as practical remove themselves from the immediate area of the incident and surrender all weapons used, to include their duty weapon to the most senior officer at the scene. The senior officer will act as OIC until Command Staff arrives.

e) The OIC will also follow General Order 5.1.2 and preserve all BWC or MVR footage from all involved officers. The supervisor will also verify all involved officers have completed (Departmental Form #77) BWC – MVR Preservation Forms before the end of their duty tour. If the Officer is unable to complete the form it shall be completed by the supervisor.

3. Operations Lieutenant / Special Operations Lieutenant – will have the primary responsibility of conducting the on scene Administrative (Internal) Investigation. They will coordinate this effort with the IIG. The primary focus of this investigation will be for policy compliance and review of the applicable provisions of Law as they apply to the Use of Deadly Force by police officers.

a) Reference: PA Crimes Code 18 Pa C.S.A. 505 and Graham v. Connor 490 U.S. 386, 397, 109 S.Ct. 1865, 104 L.Ed. 2d 443 (1989).

b) Additionally, they will act as the scene liaison with the District Attorney's Office and the IIG.

c) The results of their investigations should be presented in written form and submitted to the Administrative Lieutenant.

4. Administrative Lieutenant – will be responsible for reviewing the findings of the Administrative (Internal) Investigation. Upon completion of review, the Administrative Lieutenant will submit the investigative report and attach an investigative summary to the Chief of Police. The Administrative Lieutenant will identify all applicable areas of policy that apply and provide detailed information as to compliance or non-compliance of said policy.

5. Chief of Police – the Chief of Police or his designee will notify the on-duty County Detective. At that time, the request will be made for an IIG to conduct the investigation. The Agency normally requested will be the Pennsylvania State Police. Final decision will rest with the District Attorney.

a) At the conclusion of the Administrative (Internal) Investigation, the Chief of Police will review all submitted documentation by Department members, as well as the report submitted by the Administrative Lieutenant. If no issues are found concerning the application of Department policy and after the involved officer(s) has been through the debriefing process and all other officers at the scene have been through the defusing process, the Chief may return the officer(s) to full duty.

6. Officers should also follow the policy / procedures as outlined in General Order 1.3.0 Procedures to follow for Use of Force, General Order 2.2.5 Procedures to follow for Employee Care After Critical Incident, General Order 2.3.0 Procedures to follow for Internal Investigations or Complaints and General Order 5.1.2 Use of Body Worn Cameras.

7. Media – all releases of information concerning this type of incident will be made by the Chief of Police or his designee.

V. Effective September 8, 2021

**By Order of**

**David L. Lash**
**Chief of Police**